UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KENNETH JOHN CARTER
  PETITIONER

JUDGE **00-6156**
CASE

VS

BROWARD SHERIFFS OFFICE CIV-UNGARO-BENAGES
CONTE FACILITY PROGRAM SUPERVISOR-TREVOR MORGANTI
THE DEPARTMENT OF CORRECTIONS

MAGISTRATE JUDGE
SORRENTINO

MOTION FOR EMERGENCY ORDER
UNDER TITLE 42 U.S.C. 1983

COMES KENNETH JOHN CARTER BEFORE THIS COURT PURSUANT TO U.S.C. 1983 AND RESPECTFULLY MOVES THE COURT FOR AN EMERGENCY ORDER DIRECTING THE BROWARD SHERIFFS OFFICE, CONTE DIVISION, TO ALLOW THE ABOVE STATED INDIVIDUAL ADDITIONAL PRIVILEDGES AND SUPPLIES FOR THE INMATES LAW LIBRARY. FURTHERMORE, BECAUSE OF THE "COMPLEXITY" OF HIS STATE CASE THE PETITIONER DOES SO HOPE THAT IN THE EVENT OF A CONTINUED ADVERSITY THAT THIS COURT WOULD EXTEND ITS ORDER TO INCLUDE ANY DESTINATION THAT WHICH THE PETITIONER MAY RESIDE IN CUSTODY, AND THAT WOULD STATE AS HEREINAFTER SET FORTH.

1. THAT THE PETITIONER HAS BEEN EXPOSED TO "CONFLICT" (SEE ATTACHMENTS) SUBJECT TO HIS "INCARCERATION AND CONVICTION CONCERNING STATE CASE NUMBERS 98-10427CF-10-A, 99-20775CF10A, AND 99-21313CF10-A"

2. THAT THE PETITIONER, NOW, HAS BEEN GRANTED AN EXTENSION OF TIME RESULTING FROM THIS EPISODE IN BROWARD CIRCUIT

PAGE 2

1/BQ

COURT ON 1-26-2000 BEFORE THE HONORABLE JUDGE ILONA M. HOLMES

3. THAT, AT PRESENT, THE PETITIONER IS WITHOUT COUNSEL EXCEPT THAT THE RECORD REFLECTS THAT THE PUBLIC DEFENDERS OFFICE HAS BEEN APPOINTED TO CASE NUMBER 99-21313CF10A. THIS IS ALSO SHOWING CONVERSELY THAT RESULTING FROM PETITIONERS DEMAND FOR DISCHARGE OF COUNSEL, A MISTRIAL WAS ORDERED AS TO CASE NUMBER 99-21313CF10A.

4. THAT THE COURT GRANTED MY NEED FOR A CONTINUANCE SOUGHT FOR THE PURPOSE OF SECURING COUNSEL AFTER SUCH TIME HAVING HAD SHOWN THE EXISTANCE OF CONFLICT.

5. THAT BECAUSE OF PROBLEMS WITHIN THE ORDER OF THE SHERIFFS OFFICE, CONF'S FACILITYS PROCEEDURAL INTERPRETATIONS AND APPLICATIONS OF RULES, REGULATIONS AND POLICIES, THE DEFENDANT IRONICALLY ALWAYS SEEMS TO BE LEFT VULNERABLE AND IN CONTRADICTION TO THE JEOPARDY OF HIS CASE AND TO THE NEEDS OF HIS PERSON AS IT HAS PERTAINED TO HIS CASE.

6. THAT THE DEFENDANT IS CONFIDANT THAT HE CAN SOLVE HIS OWN PROBLEMS INSOFAR THAT THE COURT CONSIDERS HIS REQUEST FOR A SECURITY BLANKET CONCERNING NECESSARILY NEEDED NECESSITIES APPLICABLE HIS DEFENSE.

THEREFORE, FOR AND IN CONSIDERATION I HUMBLY AND URGENTLY MOVE THIS COURT OF A COMPETANT AND AN APPROPRIATE

JURISDICTION AND WOULD ASK THIS COURT FOR AN EMERGENCY ORDER DIRECTING THIS SHERIFFS OFFICE COURTS FACILITY (DETENTION) DEPUTIES AND OR PERSONEL TO PROVIDE THE PETITIONER, "THIS BEARER OF ITS ORDER", THE NECESSARILY NEEDED ITEMS SUCH AS AN ADEQUATE SUPPLY OF BLANK PAPER, ENVELOPES, MANILA OR LEGAL, EXTRA COPIES, AND INCLUDING POSTAGE. ADDITIONALLY PETITIONER IS SEEKING EXTENTED USAGE TO THE EXTENT OF 2 EXTRA DAYS PER WEEK WITH AN ADEQUATE OR REASONABLE AMOUNT OF SPACE BETWEEN THE LIBRARY SCHEDULES. FURTHERMORE THE PETITIONER PURSUANT TO PAGE 1 PARAGRAPH 1 DOES SHOW WITH HIS STATE COURT DEFENDANTS COPY THAT UNLESS THERE IS AN ACT OF GOD THE POSSIBILITY OF PRISON REMAINS A THREAT, THEREFORE ESTABLISHING A NEED FOR THE COURTS EMERGENCY ORDER TO EXTEND TO ANY SUCH D.O.C. FACILITY WITHIN THIS JURISDICTION, THE SOUTHERN DISTRICT OF FLORIDA, AND AS WELL AS APPLICABLE TO THE PETITIONERS PERSON ENABLING THE PETITIONERS ORDER FROM THIS COURT TO CARRY GREAT WEIGHT AND EXTEND TO THE DEMAND FOR THE BEARER AND AS WELL PROVIDING THE NECESSARILY NEEDED SUPPLIES, THIS IS TO ALSO INCLUDE ERASERS, TAPE, AND STAPLES. THIS IS AS WELL EVIDENT SHOWING THAT THE COURT IS SOMEWHAT AS TO THE CONTRADICTION AND CONFLICT THAT TENDS TO EXIST WITH VARIOUS INSTITUTIONS FROM TIME TO TIME AND DOES SO SHOW WITH ITS RULING:

"GERRY E PARRISH VS. THE BROWARD SHERIFF OFFICE"

PAGE 4

IN WHEREFORE, THE PETITIONER HAS ESTABLISHED A MEDIUM IN FOR ETHROUGH WHICH HE SEEKS HIS REDRESS AND DOES RESPECTFULLY PETITION THIS COURT FOR AN ORDER OF GREAT WEIGHT IN FOR ETHROUGH FROM DOES SO SEEK AN ORDER THAT WHICH MAY BE READILY APPLICABLE TO PETITIONER AND DOES SO SEEK SUCH ORDER WITHOUT A PREJUDICE.

RESPECTFULLY,

Kenneth J. Carter
ARREST NUMBER
5799-12737

SIGNED THIS 30 DAY OF JANUARY, 2000.

Kenneth Carter
KENNETH CARTER

(STATE OF FLORIDA)
(COUNTY OF BROWARD)

KENNETH J. CARTER, DOES SO CERTIFY THAT CONSIDERING MY SUBJECTIVENESS AS WELL AS RECOGNIZING MY LIMITATIONS, DOES SO SHOW WITH AN ORIGINALLY SIGNED NOTARY DUPLICATE ATTACHED HEREWITH.

Truly,

Kenneth John Carter
KENNETH JOHN CARTER

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
KENNETH CARTER

**DEFENDANTS**
BROWARD SHERIFF KEN JENNE, AND DEPT. OF CORRECTIONS

FILED BY ___
00 FEB -1 PM ___
CLERK U.S. DIST. CT.
S.D. OF FLA. - FTL

**00-6156**
**CIV-UNGARO-BENAGES**
MAGISTRATE
SORRENTINO

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

JOSEPH N. CONTE FACILITY

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**ATTORNEYS** (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:** DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

[Nature of suit categories listed - none marked]

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

TITLE 42 U.S.C., 1983

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

MOTION FOR DECLARATORY RELIEF IN TORT

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ MONETARY DAMAGES NOT IN CONSIDERATION
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☑ NO

**VIII. RELATED CASE(S)** (See instructions):
IF ANY
JUDGE _____ DOCKET NUMBER _____

DATE 1-28-2000
SIGNATURE OF ATTORNEY OF RECORD
BROWARD PUBLIC DEFENDER - CASE #99-21313CF10A ONLY

FOR OFFICE USE ONLY

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

SEE 3 COURT COPY ATTACHMENTS FROM 1-25-2000