KENNETH CARTER
PETITIONER
VS.
THE BROWARD SHERIFFS
OFFICE - KEN JENNE,
AND PROGRAM SUPER-
VISOR, TREVOR MORGAN
THE DEPT. OF CORRECTIONS
IF AND WHEN APPLICABLE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____ BY _____ D.C.

00 FEB -1 PH 2:50

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

00-6156
CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, __KENNETH J. CARTER__ petitioner, in the above-styled cause and pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: __1-30-2000__   __Kenneth J. Carter__
                              Signature

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, __KENNETH CARTER__, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the nature of this action is as follows: __EMERGENCY ORDER FOR ADDITIONAL SUPPLIES AND EXTRA PRIVILEDGES IN THIS FACILITY OR LOCATION REGARDLESS OF JURISDICTION.__

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

Are you presently employed? ✓ Answer: __NO__

a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

__I HAVE NOT BEEN EMPLOYED IN A WHILE HOWEVER I WAS OCCASSIONLY REMODELING EARNING 60⁰⁰-125⁰⁰ ONLY__

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments interest, dividends, or other source?   Answer: __NO__

a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

PAGE 6                                              2/80

3. Do you own any cash or checking or savings account?  Answer: __NO__

   a. If answer is "yes", state the total value of the items owned.

   _____

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishi and clothing)?  Answer: __NO__

   a. If answer is "yes", describe property and state approximate value.

   __HOWEVER STATE RECORDS SHOW OWNERSHIP OF A__
   __1986 VOLKSWAGON JETTA GL (BURNED IN FIRE)__

5. List the persons who are dependent upon you for support and state your relationship to those persons.

   _____

   _____

   _____

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Signature

SUBSCRIBED AND SWORN TO before me this

_____ day of _____

__SEE ATTACHED NOTARY__

_____

★ PLEASE BE ADVISED THAT WHILE IT IS POSSIBLE TO EARN A DECENT LIVING, I HAVE ALWAYS BEEN BURDONED BY THE FLUXUATIONS IN THE MARKET. I WOULD SAY THAT MY ECONOMIC CONDITION IS THAT OF INDIGENCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

# 00-6156

## CIV-UNGARO-BENAGES

MAGISTRATE JUDGE
SORRENTINO

_____

**ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS**

UPON CONSIDERATION of the Motion and Affidavit to Proceed in Forma Pauperis, it is

ORDERED that the Motion to Proceed in Forma Pauperis without prepayment of costs or fees or the necessity of giving security therefor in the above-entitled cause be and the same is hereby

_____
U.S. District Judge


PAGE 8

# NOTARY CERTIFICATE

PURSUANT TO RULE, I, KENNETH CARTER, STATE THAT I AM IN FACT KENNETH CARTER, AND AM IN THE CUSTODY OF THE SHERIFF OF BROWARD COUNTY FLORIDA, AND HAS SO ELECTED TO PROVIDE THIS REQUIREMENT IN LIGHT OF THE CONTRADICTION OF REASON", CITING THE FACT THAT I AM, IN FACT, IN THE CUSTODY OF THE COUNTY SHERIFF, A DULY ELECTED CONSTITUTIONAL OFFICER. FURTHER, I, KEN CARTER, AM DIRECTING THE CLERKS OFFICE TO PROVIDE A COPY OF THIS ADDENDUM TO BE ADDED TO MY FILE AS TO CONCERNING ANY OTHER LOCAL, COURT, OR STATE RULE THAT MAY BE IN MY ABSENSE AND AS TO CONCERNING CASE NUMBER, 99-10427-CF-10-A 99-20775-CF-10-A, AND 99-21313-CF-10A.

SWORN TO ME THIS 10th DAY OF January, 2000.

_____
KENNETH JOHN CARTER
P.O. Detainee Movement Card

_____
NOTARY AND/OR CASE WORKER

MY COMMISSION EXPIRES

Michelle K. Schwartz
MY COMMISSION # CC541719 EXPIRES

PAGE 9 OF 9 PAGES

**CHARGE(S):** POSS POSSESSION OF COCAINE

**SENTENCE:** Tried to)verdict — keulty B changed
17 5yrs FSP — poorn excl SAS
cr 60 days ITS

2yrs SWDMS CTS

Reg: B. Hitchcock

# THE CIRCUIT/COUNTY COURT, IN AND FOR BROWARD COUNTY, FLORIDA

FAILURE TO PAY FINE BY THE BELOW DATE MAY RESULT IN A WARRANT FOR YOUR ARREST AND/OR THE SUSPENSION OF YOUR DRIVER'S LICENSE AND DELINQUENCY FEES IMPOSED.

1-26-00     1ST    74

DEFENDANT: KENNETH CARTER
CASE NO.: 0002Q775CF10A
ARREST NO.: [illegible]
HISTORIC/SURETY SUMMONS/CASH BOND
AGENCY: PLPL
VAC _____

- ☒ TRIAL
- ☐ MAGISTRATE
- ☐ ARRAIGNMENT
- ☐ JURY
- ☐ SENTENCING
- ☐ COURT
- ☐ OSJ
- ☐ 1ST V.O.
- ☐ DR
- ☐ FINAL V.O.

- ☐ CHANGE OF PLEA
- ☐ PLED GUILTY
- ☐ PLED NOLO

## COURT STATUS

- ☐ ADJ. GUILTY
- ☐ WITHHELD
- ☐ NOLLE PROSEQUI
- ☐ PUBLIC DEFENDER FEE
- ☐ DISMISSED
- ☐ ACQUITTED
- ☐ PUBLIC DEFENDER ASSESSMENT

VC _____ TRUST FUND / HOURS COMM. SERVICE
VC EACH COUNT _____ ASSESSMENT EACH COUNT

CHARGE(S):
001 POSSESSION OF COCAINE
002 POSS/DRUG PARAPHERNALIA

SENTENCE: mistrial declared

COUNT _____
FINE _____ CC _____ EMTF _____ CDC 5% _____ VC _____ SN1 _____
CJC _____
DUI SCHOOL _____ EVALUATION _____ WORK PERMIT
LICENSE SUSP _____ DAYS IMMOBILIZATION

DUI USE ONLY
PROBATION WITH SPECIAL CONDITIONS

COMMUNITY SERVICE HOURS _____

| STATE OF FLORIDA | IN THE CIRCUIT/COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA |
|---|---|
| VS. Kenneth Carter | CASE NO. 99-20725CF10A |
| | JUDGE ILONA M. HOLMES |
| | 98-10427CF-10A |

The ~~CALENDAR CALL~~ (STATUS CONFERENCE) _____ in this case is now scheduled for __2-15__, 19___, at ~~8:30 AM~~ 10:00 AM in room __4810__ of the Broward County Courthouse.

Remarks _____

(DEFENSE CONT.) 98-10427CF10A

STATE CONT. _____

JOINT CONT. _____

COURT CONT. _____

**DEFENDANT'S APPEARANCE AT ALL COURT PROCEEDINGS IS MANDATORY UNLESS EXCUSED BY JUDGE (IN WRITING).**

DONE AND ORDERED __1/26/00__

If you are a person with a disability who needs an accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Court Administrator's ADA Coordinator at 954-831-7721 within 2 working days of your receipt of this notice. If you are hearing impaired or voice impaired, call 954-831-7017 or call the Florida Relay Service at 1-800-995-8771 (TTY) or 1-800-995-8770 (Voice).

ILONA M. HOLMES
JUDGE

| | In open Court | By Mail |
|---|---|---|
| (✓) | Defendant | ( ) |
| (✓) | Defense Attorney | ( ) |
| (✓) | Bondsman | ( ) |
| (✓) | State | ( ) |
| (✓) | Guardian Ad Litem | ( ) |

BC-110 (Rev. 6/97)

DEFENDANT'S COPY