UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6156-CIV-UNGARO-BENAGES
MAGISTRATE JUDGE SORRENTINO

KENNETH JOHN CARTER,          :

    Plaintiff,             :

v.                            :     ORDER REQUIRING
                                           AMENDED COMPLAINT
KEN JENNE, et al.,            :

    Defendants.            :
_____


FILED by ____ D.C.
MAG. SEC.
FEB - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

Kenneth John Carter, who is confined at the Joseph V. Conte Facility, has filed a pro se civil rights complaint.

There are multiple defendants, and the allegations are confusing and unclear. Moreover, it is impossible to tell why each separate defendant is being sued.

The Court must hold the allegations of a pro se civil rights complaint to a less stringent standard than formal pleadings drafted by lawyers. Haines v. Kerner, 404 U.S. 519 (1972), and such a complaint should not be dismissed unless it appears beyond doubt that the plaintiff can prove no set of facts in support of his or her claim which would entitle the plaintiff to relief. Haines v. Kerner, supra; Conley v. Gibson, 355 U.S. 41 (1957).

The effort to provide justice to the plaintiff, however, cannot be allowed to work injustice upon a defendant. A defendant must be able to understand the claim of the plaintiff and what he or she is accused of. Therefore, even a <u>pro se</u> plaintiff must comply with <u>Fed.R.Civ.P.</u> 8(a) by providing a short and plain statement of a claim, a basis for federal jurisdiction, and a demand for judgment. Moreover, the plaintiff must separate all claims based upon differing sets of circumstances, as required by <u>Fed.R.Civ.P.</u> 10(b).

It is thereupon

ORDERED AND ADJUDGED as follows:

1. On or before March 13, 2000, the plaintiff shall file an amended complaint in this case.

2. The amended complaint must be labeled Amended Complaint and must show Case No. 00-6156-Civ-Ungaro-Benages, so that it will be filed in this case.

3. The amended complaint must contain a separate paragraph as to each defendant explaining what that defendant did and the supporting facts to show why that person is being sued.

4. The amended complaint must include all allegations against every defendant and must state all relief which is sought; it cannot just add to the original complaint. This is because the amended complaint will become the only active complaint in the case. Nothing in the original complaint will be considered after the amended complaint is filed.

5. The plaintiff is cautioned that failure to file the amended complaint on time will probably result in dismissal of this case.

DONE AND ORDERED at Miami, Florida, this 4 day of February, 2000.

                                                     UNITED STATES MAGISTRATE JUDGE

cc: Kenneth John Carter, Pro Se
    Inmate No. 5799-12737
    Joseph V. Conte Facility
    P. O. Box 407016
    Fort Lauderdale, FL 33340