TO: THE UNITED STATES DISTRICT COURT
FROM: KENNETH CARTER
DATE: 2-14-000
RE: CASE 00-6156-CIV-UNGARO-BENAGES



Dear Sirs,

Please be advised that it is my intent not to pursue the above styled case at the present time, citing inconvenience and inappropriate applicability. I believe it to be in my best to forego all confrontational issues as they may be related to my present circumstances.

You have, however, uncontested insight as to the court's requirements in the event of a need for litigation.

THANK YOU FOR READING THIS.

Respectfully,

Kenneth John Carter
JOSEPH N. CONTE FACILITY
P.O. BOX 757016
POMPANO, FLORIDA
33340-7016