

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6156-CIV-UNGARO-BENAGES

KENNETH CARTER
    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE,
    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Voluntary Dismissal, filed February 16, 2000.

THIS COURT has reviewed the file and the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this Cause is DISMISSED.

DONE AND ORDERED in Chambers at the United States District Courthouse in Miami, Florida, this 17 day of February, 2000.

                URSULA UNGARO-BENAGES
                UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record
Kenneth Carter
Joseph Contte Facility
P.O. Box 407016
Ft. Lauderdale, FL 33340-7016

