

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6156-CIV-UNGARO-BENAGES

KENNETH CARTER,
    Plaintiff,

vs.

BROWARD SHERIFF'S OFFICE
    Defendant.
_____/

### ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

IT IS FURTHER ORDERED AND ADJUDGED that all pending motions are hereby denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 17 day of February, 2000.

                      URSULA UNGARO-BENAGES
                      UNITED STATES DISTRICT JUDGE